DARRYL P. RAINS (CA SBN 104802)
DRains@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

KEVIN A. CALIA (CA SBN 227406)
KCalia@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for defendants NeurogesX, Inc., Anthony A. DiTonno and Stephen F. Ghiglieri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARITIME ASSET MANAGEMENT, LLC, on Behalf of Itself and All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   v.<br><br>NEUROGESX, INC., ANTHONY A. DITONNO, STEPHEN F. GHIGLIERI, and JEFFREY K. TOBIAS, M.D.,<br><br>               Defendants. | Case No. CV 12-05034-YGR<br><br>**ORDER GRANTING STIPULATION** ~~AND [PROPOSED] ORDER~~ **REGARDING BRIEFING SCHEDULE FOR MOTIONS IN RESPONSE TO SECOND AMENDED CLASS ACTION COMPLAINT** |

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE
Case No. 4:12-cv-05034-YGR
sf-3353336

**STIPULATION**

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Maritime Asset Management, LLC and Defendants NeurogesX, Inc., Anthony DiTonno, Stephen Ghiglieri, and Dr. Jeffrey Tobias, through their respective counsel, submit the following stipulation and proposed order.

WHEREAS, on September 30, 2013, the Court granted Defendants' motions to dismiss the First Amended Class Action Complaint with leave to amend;

WHEREAS, on October 29, 2013, Plaintiff filed a Second Amended Class Action Complaint;

WHEREAS, the parties desire to agree on a schedule for the briefing of motions to dismiss the Second Amended Class Action Complaint that will accommodate the schedules of counsel;

WHEREAS, a Case Management Conference is currently scheduled for Monday, January 13, 2014 at 2:00 p.m.;

WHEREAS, this action is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.* (the "Reform Act"), which imposes a stay of discovery until any motion to dismiss the complaint is resolved;

WHEREAS, in light of the Reform Act's stay of discovery, the parties do not believe that a Case Management Conference would be productive until after Defendants' motions to dismiss have been resolved;

NOW THEREFORE, the parties hereby stipulate, subject to the approval of the Court, to the following:

1. Defendants shall file an answer, move, or otherwise respond to the Second Amended Class Action Complaint on or before December 13, 2013.

2. If Defendants file motions to dismiss the Second Amended Class Action Complaint, Plaintiff shall file an opposition to Defendants' motions on or before January 17, 2014.

3. If Defendants file motions to dismiss the Second Amended Class Action Complaint, Defendants shall file a reply on or before February 4, 2014.

4. If Defendants file motions to dismiss the Second Amended Class Action Complaint, Defendants shall notice their motions for hearing on February 25, 2014 at 2:00 p.m.

5. The January 13, 2014 Case Management Conference will be taken off calendar;

6. Within fourteen (14) days of the Court's order ruling on the motions to dismiss, the parties will meet and confer and propose to the Court a date for a Case Management Conference.

Dated: November 14, 2013     MORRISON & FOERSTER LLP

By:     /s/ Kevin A. Calia
Kevin A. Calia
425 Market Street
San Francisco, California 94105
Tel: 415.268.7000
Fax: 415.276.7176

Attorneys for defendants
*NeurogesX, Inc.; Anthony DiTonno; Stephen F. Ghiglieri*

Dated: November 14, 2013     LEVI & KORSINSKY LLP

By:     /s/ Nicholas I. Porritt
Nicholas I. Porritt
LEVI & KORSINSKY LLP
1101 30th Street, NW
Suite 115
Washington, DC 20007
Tel: 202.524.4290
Fax: 202.333.2121

Mark Punzalan
PUNZALAN LAW, P.C.
600 Allerton Street
Suite 201
Redwood City, CA 94063
Tel: (650) 362-4150
Fax: (650) 362-4151
Email: mark@punzalanlaw.com

Attorneys for Plaintiff
*Maritime Asset Management, LLC*

1 | Dated: November 14, 2013       COOLEY LLP

2

3 |           By:  /s/ Angela L. Dunning
             Angela L. Dunning
4 |              Five Palo Alto Square
             3000 El Camino Real
5 |              Palo Alto, CA 94306-2155
             Tel: (650) 843-5000
6 |              Fax: (650) 849-7400
             dwyerjc@cooley.com
7

8 |              Attorneys for defendant
             *Jeffrey K. Tobias, M.D.*

9

10 |           **[~~PROPOSED~~] ORDER**

11 |   PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

12

13 | Dated: November 18, 2013

14 |              _/s/ Yvonne Gonzalez Rogers_
             Honorable Yvonne Gonzalez Rogers

1

**ECF ATTESTATION**

2   I, Kevin A. Calia, am the ECF User whose ID and Password are being used to file this:

3   **STIPULATON AND [PROPOSED] ORDER REGARDING
    BRIEFING SCHEDULE FOR MOTIONS IN RESPONSE TO
4   SECOND AMENDED CLASS ACTION COMPLAINT**

5   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Nicholas I. Porritt and

6   Angela L. Dunning have concurred in this filing.

7

8   Dated: November 14, 2013                MORRISON & FOERSTER LLP

9

10                                          By:   /s/ Kevin A. Calia

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28