1    DARRYL P. RAINS (CA SBN 104802)
     DRains@mofo.com
2    MORRISON & FOERSTER LLP
     755 Page Mill Road
3    Palo Alto, California  94304-1018
     Telephone: 650.813.5600
4    Facsimile: 650.494.0792

5    KEVIN A. CALIA (CA SBN 227406)
     KCalia@mofo.com
6    MORRISON & FOERSTER LLP
     425 Market Street
7    San Francisco, California  94105-2482
     Telephone: 415.268.7000
8    Facsimile: 415.268.7522

9    Attorneys for defendants NeurogesX, Inc., Anthony A. DiTonno
     and Stephen F. Ghiglieri

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       OAKLAND DIVISION

14

15   MARITIME ASSET MANAGEMENT, LLC, on          Case No.    CV 12-05034-YGR
     Behalf of Itself and All Others Similarly
16   Situated,                                   ORDER GRANTING
                                                 STIPULATION ~~AND [PROPOSED]~~
17                        Plaintiff,             ~~ORDER~~ REGARDING BRIEFING
                                                 SCHEDULE FOR MOTIONS IN
18          v.                                   RESPONSE TO SECOND
                                                 AMENDED CLASS ACTION
19   NEUROGESX, INC., ANTHONY A.                 COMPLAINT
     DITONNO, STEPHEN F. GHIGLIERI, and
20   JEFFREY K. TOBIAS, M.D.,

21                        Defendants.

22

23

24

25

26

27

28

STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING BRIEFING SCHEDULE
Case No.  4:12-cv-05034-YGR
sf-3353336

**STIPULATION**

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Maritime Asset Management, LLC and Defendants NeurogesX, Inc., Anthony DiTonno, Stephen Ghiglieri, and Dr. Jeffrey Tobias, through their respective counsel, submit the following stipulation and proposed order.

WHEREAS, on September 30, 2013, the Court granted Defendants' motions to dismiss the First Amended Class Action Complaint with leave to amend;

WHEREAS, on October 29, 2013, Plaintiff filed a Second Amended Class Action Complaint;

WHEREAS, the parties desire to agree on a schedule for the briefing of motions to dismiss the Second Amended Class Action Complaint that will accommodate the schedules of counsel;

WHEREAS, a Case Management Conference is currently scheduled for Monday, January 13, 2014 at 2:00 p.m.;

WHEREAS, this action is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq*. (the "Reform Act"), which imposes a stay of discovery until any motion to dismiss the complaint is resolved;

WHEREAS, in light of the Reform Act's stay of discovery, the parties do not believe that a Case Management Conference would be productive until after Defendants' motions to dismiss have been resolved;

NOW THEREFORE, the parties hereby stipulate, subject to the approval of the Court, to the following:

1.    Defendants shall file an answer, move, or otherwise respond to the Second Amended Class Action Complaint on or before December 13, 2013.

2.    If Defendants file motions to dismiss the Second Amended Class Action Complaint, Plaintiff shall file an opposition to Defendants' motions on or before January 17, 2014.

3.    If Defendants file motions to dismiss the Second Amended Class Action Complaint, Defendants shall file a reply on or before February 4, 2014.

1          4.     If Defendants file motions to dismiss the Second Amended Class Action Complaint,

2   Defendants shall notice their motions for hearing on February 25, 2014 at 2:00 p.m.

3          5.     The January 13, 2014 Case Management Conference will be taken off calendar;

4          6.     Within fourteen (14) days of the Court's order ruling on the motions to dismiss, the

5   parties will meet and confer and propose to the Court a date for a Case Management Conference.

6

7   Dated: November 14, 2013              MORRISON & FOERSTER LLP

8

9                                        By:       /s/ Kevin A. Calia
                                                 Kevin A. Calia
10                                               425 Market Street
                                                 San Francisco, California 94105
11                                               Tel: 415.268.7000
                                                 Fax: 415.276.7176

12                                               Attorneys for defendants
                                                 *NeurogesX, Inc.; Anthony DiTonno; Stephen F.*
13                                               *Ghiglieri*

14   Dated: November 14, 2013              LEVI & KORSINSKY LLP

15

16                                        By:       /s/ Nicholas I. Porritt
17                                               Nicholas I. Porritt
                                                 LEVI & KORSINSKY LLP
18                                               1101 30th Street, NW
                                                 Suite 115
19                                               Washington, DC 20007
                                                 Tel: 202.524.4290
20                                               Fax: 202.333.2121

21                                               Mark Punzalan
                                                 PUNZALAN LAW, P.C.
22                                               600 Allerton Street
                                                 Suite 201
23                                               Redwood City, CA 94063
                                                 Tel: (650) 362-4150
24                                               Fax: (650) 362-4151
                                                 Email: mark@punzalanlaw.com

25

26                                               Attorneys for Plaintiff
                                                 *Maritime Asset Management, LLC*

27

28

1    Dated:  November 14, 2013            COOLEY LLP

2

3                                        By:      /s/ Angela L. Dunning

4                                              Angela L. Dunning
                                               Five Palo Alto Square
5                                              3000 El Camino Real
                                               Palo Alto, CA 94306-2155
6                                              Tel: (650) 843-5000
                                               Fax: (650) 849-7400
7                                              dwyerjc@cooley.com

8                                              Attorneys for defendant
                                               *Jeffrey K. Tobias, M.D.*

9

10                         **[PROPOSED] ORDER**

11        PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

12

13        Dated: November 18, 2013

14

15                                              Honorable Yvonne Gonzalez Rogers

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ECF ATTESTATION**

2

I, Kevin A. Calia, am the ECF User whose ID and Password are being used to file this:

3

**STIPULATON AND [PROPOSED] ORDER REGARDING**
**BRIEFING SCHEDULE FOR MOTIONS IN RESPONSE TO**

4

**SECOND AMENDED CLASS ACTION COMPLAINT**

5

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Nicholas I. Porritt and

6

Angela L. Dunning have concurred in this filing.

7

8

Dated: November 14, 2013                    MORRISON & FOERSTER LLP

9

10

By:    /s/ Kevin A. Calia

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28