**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARITIME ASSET MANAGEMENT, LLC,**<br><br>   **Plaintiff,**<br><br>   vs.<br><br>**NEUROGESX, INC., ANTHONY A. DITONNO, STEPHEN F. GHIGLIERI, AND JEFFREY TOBIAS, M.D.,**<br><br>   **Defendants.** | Case No.: 12-CV-5034 YGR<br><br>**ORDER DIRECTING PLAINTIFF TO LODGE REDLINE VERSION OF SECOND AMENDED COMPLAINT** |

In connection with the pending Motions to Dismiss by Defendants Anthony A. Ditonno, Stephen F. Ghiglieri, Neurogesx, Inc., and Jeffrey K. Tobias, Plaintiff Maritime Asset Management, LLC, is Ordered to lodge with the Court, and to serve on Defendants, a redline version of the Second Amended Complaint which clearly delineates all additions and deletions as compared to Plaintiffs' First Amended Complaint. Plaintiff shall file a Notice of Lodgment, attaching the redline version, no later than **January 31, 2014**.

**IT IS SO ORDERED.**

Date: January 24, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**