**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARITIME ASSET MANAGEMENT, LLC,**<br><br>　　　**Plaintiff,**<br><br>　　vs.<br><br>**NEUROGESX, INC., ANTHONY A. DITONNO, STEPHEN F. GHIGLIERI, AND JEFFREY TOBIAS, M.D.,**<br><br>　　　**Defendants.** | Case No.: 12-CV-5034 YGR<br><br>**ORDER VACATING DATES SETTING COMPLIANCE DATE IN LIGHT OF NOTICE OF SETTLEMENT** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In light of the Notice of Tentative Settlement and Request to Take Motions Off Calendar, filed March 19, 2014 (Dkt. No. 80), all pending motion, case management and trial dates are **VACATED**. A compliance hearing shall be held on **Friday, April 25, 2014,** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

No later than five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a motion for preliminary approval of class settlement; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

March 20, 2014　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**