UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARITIME ASSET MANAGEMENT, LLC,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**NEUROGESX, INC., ANTHONY A. DITONNO, STEPHEN F. GHIGLIERI, AND JEFFREY TOBIAS, M.D.,**<br><br>    **Defendants.** | **Case No.: 12-CV-5034 YGR**<br><br>**ORDER CONTINUING COMPLIANCE DATE** |

In light of the parties' Joint Statement, filed April 16, 2014 (Dkt. No. 82), the Court Continues the compliance hearing currently set for April 25, 2014, to **Friday, May 23, 2014,** the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 1.

No later than five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a motion for preliminary approval of class settlement; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Date: April 18, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**