1
2
3
4
5
6
7

8                             UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10                                      OAKLAND DIVISION

11

| | |
|---|---|
| 12  MARITIME ASSET MANAGEMENT, LLC, on Behalf of Itself and All Others Similarly Situated, | Case No. CV 12-05034-YGR |
| 13 | **CLASS ACTION** |
| 14                        Plaintiff, | **ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES** |
| 15       v. | |
| 16  NEUROGESX, INC., ANTHONY A. DITONNO, STEPHEN F. GHIGLIERI, and JEFFREY K. TOBIAS, M.D., | **\*Modified on September 2, 2014** |
| 17 | Date:   September 2, 2014 |
| 18                        Defendants. | Time:   2:00 p.m.<br>Room:   Courtroom 1, 4th Floor<br>Judge:  Hon. Yvonne Gonzalez Rogers |

19
20
21
22
23
24
25
26
27
28

1  Having read and considered the papers filed and arguments made by counsel, the motion
2  being unopposed, and good cause appearing,

3  IT IS HEREBY ORDERED AS FOLLOWS:

4  1. The Court hereby awards Lead Plaintiff's attorneys' fees for the class action
5  settlement in the amount of $312,500.00 (25% of the class settlement fund).

6  2. The Court awards Lead Plaintiff's attorneys' reimbursement of costs in the
7  amount of $20,259.02, which shall be paid from the class settlement fund in accordance with the
8  terms of the Stipulation of Settlement.

9  **IT IS SO ORDERED.**

10  DATED: September 4, 2014  _____
11  YVONNE GONZALEZ ROGERS
12  UNITED STATES DISTRICT COURT JUDGE